1  E-FILED: 5-7-10

2

3

4

5

6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| F. MARC SCHAFFEL PRODUCTIONS, LLC, a California limited liability company, | Case No. CV 10-01306 GHK (SJx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS ADDITIONAL TIME TO RESPOND TO COMPLAINT** |
| v. | |
| TMZ PRODUCTIONS, INC., a California limited liability company. TMZ.com, a fictional entity of unknown form; TIME WARNER, INC., a Delaware corporation; and DOES 1-10, inclusive, | **[Stipulation to Extend Time for Defendants to Respond to Complaint Filed Concurrently Herewith]** |
| Defendants. | |

# [PROPOSED] ORDER

Having carefully considered the parties' Stipulation to Extend the Time for Defendants TMZ Productions, Inc. and Time Warner, Inc. (collectively, "Defendants") to Respond to the Complaint filed by Plaintiff F. Marc Schaffel Productions, LLC ("Plaintiff"), and good cause appearing therefore, the Court hereby GRANTS Defendants additional time to respond to the Complaint as follows:

(1) Defendants shall answer, move or otherwise respond to the Complaint not later than May 14, 2010;

(2) Plaintiff shall file any opposition to any motion filed by Defendants in response to the Complaint not later than June 4, 2010;

(3) Defendants shall file any reply not later than June 11, 2010; and

(4) Any motion Defendants shall file in response to the Complaint shall be noticed for hearing on June 28, 2010 at 9:30 a.m.

IT IS SO ORDERED.

DATED: May 7, 2010

By: _____

Honorable George H. King
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | DATED: April 1, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | CALDWELL LESLIE & PROCTOR, PC<br>LINDA M. BURROW |
| 4 | | |
| 5 | | |
| 6 | | By _____/s/_____<br>LINDA M. BURROW |
| 7 | | Attorneys for Defendants TMZ Productions, |
| 8 | | Inc. and Time Warner, Inc |