KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
BRIAN J. BIRD, ESQ., STATE BAR NO. 081614
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
E-MAIL:    BIRD@KHPBLAW.COM
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiff
F. MARC SCHAFFEL PRODUCTIONS, LLC

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, ESQ., STATE BAR NO. 194668
TINA WONG, ESQ., STATE BAR NO. 250214
1000 WILSHIRE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA 90017-2463
E-MAIL:    BURROW@CALDWELL-LESLIE.COM
E-MAIL:    WONG@CALDWELL-LESLIE.COM
TELEPHONE: (213) 629-9040
FACSIMILE:  (213) 629-9022

Attorneys for Defendants
TMZ PRODUCTIONS, INC. and
TIME WARNER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. MARC SCHAFFEL PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TMZ PRODUCTIONS, INC., a California corporation; TMZ.com, a fictional entity of unknown form; TIME WARNER, INC. a Delaware corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV10-01306 GHK (SSx)<br>Hon. George H. King, Courtroom 650<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]<br><br>Action Commenced: February 22, 2010 |

1     FOR GOOD CAUSE SHOWN, the Court hereby approves the Stipulation For
2 Protective Order, filed September 24, 2010, and directs the parties to abide by its
3 provisions.

5 **IT IS SO ORDERED.**

6 Dated:    9/27/10         _____
7                                             The Honorable Suzanne Segal
8                                             United States Magistrate Judge

Prepared By:

_____/S/_____
LINDA M. BURROW
CALDWELL LESLIE & PROCTOR, PC
Attorneys for Defendants
~~THE GAP, INC.~~